**United States District Court**
For the Northern District of California

1
2
3
4
5            UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8    In Re                                    No. C-13-0150 EMC (pr)
9    HILDA RIGGS,
10            Plaintiff.              **ORDER OF DISMISSAL**
                                    _____/
11
12            This action was opened on January 11, 2013, when the Court received from Hilda Riggs a

13    letter regarding a problem she had with the Riverside County District Attorney's office.  On that

14    date, the Court notified Ms. Riggs in writing that her action was deficient in that she had not

15    attached a complaint and had not filed an *in forma pauperis* application.  The Court further notified

16    her that this action would be dismissed if she did not submit a complaint within thirty days.  Ms.

17    Riggs did not file a complaint and the deadline by which to do so has long passed.  Accordingly, this

18    action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has

19    subject matter jurisdiction.  The Clerk shall close the file.  No filing fee is due.

20

21            IT IS SO ORDERED.

22

23    Dated:  April 25, 2013

24                                    _____
                                    EDWARD M. CHEN
25                                    United States District Judge

26

27

28