UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

HILDA RIGGS,

    Plaintiff.
_____/

No. C-13-0150 EMC (pr)

**ORDER OF DISMISSAL**

    This action was opened on January 11, 2013, when the Court received from Hilda Riggs a letter regarding a problem she had with the Riverside County District Attorney's office. On that date, the Court notified Ms. Riggs in writing that her action was deficient in that she had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified her that this action would be dismissed if she did not submit a complaint within thirty days. Ms. Riggs did not file a complaint and the deadline by which to do so has long passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

    IT IS SO ORDERED.

Dated: April 25, 2013

    _____
    EDWARD M. CHEN
    United States District Judge